JoAnna M. Esty, Esq. (SBN: 147903)
Jenna F. Leavitt, Esq. (SBN: 213574)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone:  (415) 489-7700
Facsimile:  (415) 489-7701
E-Mail:  jesty@linerlaw.com
         jleavitt@linerlaw.com

Attorneys for Plaintiff and Counterdefendant
MICROMESH TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROMESH TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　vs.<br><br>COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. C 06-06031 CRB<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

Case No.  C 06-06031 CRB
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

0028006/002/ 333716v02


1  WHEREAS, the Initial Case Management Conference in this case has been
2  scheduled by this Court for January 12, 2007, at 9:30 a.m.,
3  WHEREAS, Plaintiff Micromesh Technology Corporation's lead counsel is
4  scheduled to be in a trial in another district the week of and including January 12,
5  2007,
6  WHEREAS counsel for the parties agree that in the interests of justice the
7  Initial Case Management Conference shall be continued to the next date available for
8  such hearing on the Court's schedule to allow lead counsel for Plaintiffs to attend,
9  WHEREAS, the proposed modification of time will have no effect on the
10 parties initial disclosures (which shall be disclosed on January 3, 2007) and the
11 parties disclosures and filings as required by this Court's Patent Local Rules (which
12 shall be determined based on the January 12, 2007 Case Management Conference
13 date), and
14 WHEREAS, the parties will continue to adhere to the Patent Local Rules
15 based upon the original January 12, 2006 Case Management Conference date,
16 NOW THEREFORE, the parties, by and through their undersigned counsel of
17 record, hereby stipulate and agree, subject to the Court's order, as follows:
18 The Initial Case Management Conference in this matter shall be continued to
19 the next date available for such hearing on the Court's schedule.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  By her signature below, counsel for Plaintiff swears under penalty of perjury
2  that counsel for Defendant concurred in the filing of this document.

3

4  Dated: December 29, 2006         LINER YANKELEVITZ
                                    SUNSHINE & REGENSTREIF LLP
5

6
                                    By:  ___/s/_____
7                                        Jenna F. Leavitt
                                         Attorneys for
8                                        Plaintiff/Counterdefendant
                                         Micromesh Technology Corporation
9

10 Dated: December 29, 2006         PRESTON GATES & ELLIS, LLP

11

12                                  By:  ___/s/_____
                                         Michael J. Bettinger
13                                       Attorneys for
                                         Defendant/Counterclaimant
14                                       Columbia Sportswear Company

15

16

17

18              **[PROPOSED]** ORDER

19 **IT IS SO ORDERED.**  The Initial Case Management Conference in this matter shall
20 be continued to __January 19_____, 2007 at 8:30 a.m.

21

22 Dated: _January 3, 2007_____   _____
                                      CHARLES R. BREYER
23                                    UNITED STATES JUDGE

24

25

26

27

28

3
Case No. C 06-06031 CRB
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

0028006/002/ 333716v02