VENABLE LLP
JOANNA M. ESTY, ESQ. (SBN 147903)
JENNA F. LEAVITT, ESQ. (SBN 213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
E-mail:  jesty@venable.com
E-mail:  jleavitt@venable.com

Attorneys for Plaintiff and Counterdefendant
MICROMESH TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROMESH TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation,<br><br>    Defendant and Counterclaimant. | Case No. C06-06031 CRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

1  Plaintiff and Counterdefendant MICROMESH TECHNOLOGY CORPORATION hereby
2  gives notice that Venable LLP is being substituted as counsel, replacing Liner Yankelevitz Sunshine &
3  Regenstreif LLP. Venable's contact information for this case is as follows:

>   VENABLE LLP
>   JOANNA M. ESTY, ESQ. (SBN 147903)
>   JENNA F. LEAVITT, ESQ. (SBN 213574)
>   2049 Century Park East, Suite 2100
>   Los Angeles, California 90067
>   Telephone:  (310) 229-9900
>   Facsimile:  (310) 229-9901
>   E-mail:  jesty@venable.com
>   E-mail:  jleavitt@venable.com

Respectfully submitted this 2nd day of February, 2007

>   By:   /s/
>   Angela Agrusa (SBN: 131337)
>   LINER YANKELEVITZ SUNSHINE &
>   REGENSTREIF, LLP
>   1100 Glendon Avenue, 14th Floor
>   Los Angeles, CA 90024
>   (310) 500-3500
>   (310) 500-3501 Facsimile

Respectfully submitted this 2nd day of February, 2007

>   By:   /s/
>   Jenna F. Leavitt (SBN: 213574)
>   VENABLE, LLP
>   2049 Century Park East, Suite 2100
>   Los Angeles, CA 90067
>   (310) 229-9900
>   (310) 229-9901 Facsimile
>
>   Attorneys for Plaintiff and Counterdefendant
>   MICROMESH TECHNOLOGY
>   CORPORATION

## [PROPOSED] ORDER

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

**IT IS SO ORDERED.**

DATED: February 7, 2007

_____
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*