VENABLE LLP
JOANNA M. ESTY, ESQ. (SBN 147903)
JENNA F. LEAVITT, ESQ. (SBN 213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: jesty@venable.com
E-mail: jleavitt@venable.com

Attorneys for Plaintiff and Counterdefendant
MICROMESH TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROMESH TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation,<br><br>    Defendant and Counterclaimant. | Case No. C06-06031 CRB<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND [PROPOSED] ORDER** |

**JOINT STIPULATION TO CONTINUE HEARING**
Case No. C06-06031 CRB

Pursuant to Local Rule 6-1(a), and communications between the undersigned counsel for Plaintiff and Counter-defendant MICROMESH TECHNOLOGY CORPORATION (Micromesh") and Defendant and Counterclaimant COLUMBIA SPORTSWEAR ("Columbia"), counsel for Micromesh and Columbia hereby stipulate to continue the hearing on Columbia's Motion for Attorneys' Fees, currently set for Friday, July 6, 2007 at 10:00 a.m., to Friday, July 27, 2007 at 10:00 a.m. This is the first request for a continuation of the hearing date. This stipulated extension is requested in good faith and is necessary because counsel for Micromesh is not available and is out of the continental United States at the present time and at the time currently set for the hearing. The briefing on Columbia's motion is complete, so only the hearing date need be changed.

By her signature below, counsel for Plaintiff/Counter-defendant swears under penalty of perjury that, pursuant to General Order 45.X.B, counsel for Defendant/Counterclaimant concurred in the filing of this document

Dated: July 3, 2007

By: _____/s/_____
Jenna F. Leavitt (SBN: 213574)
VENABLE, LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 229-9900
(310) 229-9901 Facsimile
JLeavitt@venable.com

Attorneys for Plaintiff and Counterdefendant
MICROMESH TECHNOLOGY CORPORATION

By: _____/s/_____
Michael J. Bettinger (SBN: 122196)
K&L GATES
55 2nd Street, Suite 1700
San Francisco, CA 94105
(415) 882-8800
(415) 882-8220 Facsimile
Mike.Bettinger@klgates.com

Attorneys for Defendant and Counterclaimant
COLUMBIA SPORTSWEAR COMPANY

- 2 -

**JOINT STIPULATION TO CONTINUE HEARING**
Case No. C06-06031 CRB

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: July 3, 2007

_____
Honorable Charles R. Breyer
United States District Court Judge

**JOINT STIPULATION TO CONTINUE HEARING**
Case No. C06-06031 CRB