IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROMESH TECHNOLOGY CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>COLUMBIA SPORTSWEAR COMPANY,<br><br>        Defendant.<br>_____/ | No. C 06-06031 CRB<br><br>**ORDER** |

The Court entered judgment in favor of defendant on May 15, 2003. By order dated July 23, 2007, the Court denied defendant's motion for attorneys' fees and costs. On August 10, 2007–more than two weeks after the denial of the motion–defendant moved for reconsideration of the fee order. For the reasons stated in plaintiff's opposition to the motion for reconsideration, this Court does not have jurisdiction to consider the motion. For this reason the motion is DENIED. The Court notes, however, that it previously considered all of the arguments raised by defendant in its motion for reconsideration. The Court concluded, based on its review of the record, that plaintiff's conduct did not warrant an award of

//

//

//

attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 28, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE